# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**LANDRY DIXON**
Plaintiff

-Vs-

**WELLS FARGO BANK**; CHARLES W. SCHARF; THEODORE F. CRAVER, JR; WAYNE M. HEWETT; MARH T. MACK; SUZANNE M. VAUTRINOT; JOHNATHAN G. WEISS; CHARLES H. NOSKI; SAUL VAN BEURDEN; ELLEN R. PATTERSON; SCOTT E. POWELL and ELIZABETH A. DUKE

CIVIL ACTION

No. 21-
21-01268
SECT. T MAG. 4

District Judge:
Magistrate:

**JURY TRIAL** REQUESTED

Filed: _____

_____
Deputy Clerk

TENDERED FOR FILING
JUN 2 4 2021
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

## BREACH OF CONTRACT COMPLAINT

## JURISDICTION

The **JURISDICTION IN THIS CIVIL ACTION** is multiplicative in that it extends to significant numbers of U.S. states within the truth-telling Ministerial Circuit of the Pro Se Plaintiff. However, This Civil Action is pursuant to a series of vile and viciously indicting actions instituted by this Corporate Defendants, WELLS FARGO BANK, that may have been racially motivated in that the persons interacting with the Pro Se banking person of the Plaintiff, LANDRY DIXON, began to appear more in different toward the banking persons of WF. Eventually the WF banking persons began to fail to honor the banking request for assistance by the banking person of the PRO SE Plaintiff, LANDRY DIXON.

1

**THIS ELDERLY NEGRO and PRO SE PLAINTIFF, LANDRY DIXON**, began during banking business with the CORPORATE DEFENDANT, WELLS FARGO BANK, (WF) in the Spring-season of 2015 via Plaintiff's **California Based** personal checking and personal savings accounts respectively. It was about the fall of 2018 when the Pro Se Plaintiff began to notice non-courteous jokes, lackluster comments and non-productive banking instructions emanating from WF banking branch managers; It was during the WF banking activity months of September and October in 2020 when the Plaintiff began noticing suspicious banking activities appearing on the banking statements of the Plaintiff. Sometime following the observed absence of unexplained and unaccounted for presence of diminished direct bank deposits that began to appear diminished highly un-accounted that caused the Plaintiff to begin demanding more accurate accounting of periodic direct deposits of WF's accounting of the social security funds of the Pro Se Plaintiff, LANDRY DIXON, that did prompt the WF banking personnel to cease and desist doing business with the person of the Pro Se Plaintiff..

THIS PATTERN of targeted DENIAL OF SERVICES from the person of the NEGRO PLAINTIFF, LANDRY DIXON, has been in place within the facilities of the WF family of financial partners since **JANUARY of 2021** and remains to this day and date, (Monday, 06/21/2021) During this extended WF's apparent intentional design to personally **persecute the Person of the Pro Se PLAINTIFF**, LANDRY DIXON , WF has DENIED the Pro Se Plaintiff, LANDRY DIXON, any and all access to any and all of the social security administration (SSA) DEPOSITED FUNDS due this elderly, disabled NEGRO PLAINTIFF, LANDRY DIXON, which is both, **a violation of CRIMINAL LAW;** TO WIT, United States "THEFT by Fraudulent means and bank funds EMBEZZLEMENT." These two CORE ACTS OF WRONGFUL CONDUCT are violations of the Federal Criminal Statutes, the California Penal Code and the Louisiana Revised State Statutes.

A VIOLATION OF US FEDERAL CIVIL AND CRIMINAL LAW is listed in the US LAW as USC Title 18, Section 1344 which defines bank fraud as the act of misappropriating funds belonging to one party by another party (WF's human financial actors).

A VIOLATION OF CALIFORNIA's civil and criminal law is listed in the California Penal Code as an act of bank fraud as found in Section 470, "bank fraud" which is a state felony crime.

A VIOLATION OF LOUISIANA's Revised State Statute, to wit: RS 14 Article 71.1 which is listed as a State Felony Statute that is said to carry a 30-year sentencing penalty.

**The religiously-presenting writings** on the WF checks belonging to the APPROVED WF printed PERSONAL BANK checks of the Plaintiff, LANDRY DIXON, APPEAR to have been the motivational bases for the abusive bundle of discourtesies against the WF banking persons of the PRO SE PLAINTIFF, LANDRY DIXON.

WF and the WF banking personnel appear to have had taken direct WF banking exception to the personal WF checks of the Pro SE Plaintiff, LANDRY DIXON, in that the WF which do read as this: "Pathway2paradise.org" and, also "TRUTH MATTERS." (See Plaintiff **Exhibit P-1**), and appearing in WF personal check **1062**, bearing routing number **121042882**, and checking account number **9041114936**. Said WF account numbers have been changed by (*yet to be identified* /aka, "Y/*TBI*") WF's banking executives and/or bank managers.

## CONCLUSION

**The elderly NEGRO Pro Se PLAINTIFF,** LANDRY DIXON, somehow managed to prompt the substantially nonwhite members of the WELLS FARGO banking officials that "the Wells Fargo 'powers that were and are still' have managed instruct and direct the WF executives, directors and banking managers to focus their *considerable skills and fiscal abilities* to discourage our client" (**DR LANDRY DIXON**) "from doing one additional dime of banking business with anyone else in our bank – ever again!" This racially motivated comment and religiously bigoted utterance issued from a San Antonio Texas white female WF bank manager this past SPRING day in 2021.

**Since just prior to this Monday,** 06/21/2021, the PRO SE PLAINTIFF, LANDRY DIXON, is totally devoid of funds, food or gasoline by reason of the vicious BANK FRAUD fact that WELLS FARGO has CORPORATELY and PERSONALLY targeted this **elderly, disabled and penniless NEGRO** PLAINTIFF, LANDRY DIXON, for absolute DISTRUCTION!

**Immediate judicial relief is DESIRABLY DEMANDED.**     **THANK YOU**.
RESPECTFULLY SUBMITTED for an IMMEDIATE RESPONSE     **THANK YOU**.

**CONSIDERING THE ALARMINGLY INFLAMATORY CONDUCT OF NAMED WF DEFENDANTS,** and the systemic DENIAL OF Social Security Check funds from the person of the PRO SE PLAINTIFF, <u>LANDRY DIXON</u>, PLAINTIFF, PRAYS, THE FOLLOWING:

A.

**<u>That this Honorable</u>** United States District Court for the Eastern District of Louisiana immediately and forthwith, execute Federal <u>ARREST WARRANTS</u> for ALL <u>NAMED DEFENDANTS</u> as per the pervasively egregious nature of repeated acts of <u>bank fraud</u> activities already consummated within these United States of America within the identified FRAUDULENT banking activities articulated within the wording of this CIVIL/CRIMINAL COMPLAINT ALLEGATION these several months, initiating in <u>December first</u> of <u>2020</u> as a fraudulent process and continuing into this present day and date, <u>MONDAY, 06/21/2021</u>.

B.

**<u>That this Honorable</u>** United States District Court for the Eastern District of Louisiana issue, forthwith, an <u>INJUNCTION</u> against this Corporate Defendant, <u>WELLS FARGO BANK</u>, directing its banking officials to cease and desists receiving any additional PLAINTIFF, <u>LANDRY DIXON</u>, social security funds for direct depository processing.

C.

**<u>That this Honorable</u>** United States District Court for the Eastern District of Louisiana be made to RETURN to the person of the elderly PRO SE PLAINTIFF <u>ANY</u> and <u>ALL</u> FUNDS that have been FRAUDULENTLY DEPOSITED into the social security administration account of this elderly PRO SE PLAINTIFF, **LANDRY DIXON**.

D.

**<u>That each named HUMAN DEFENDANT</u>** be made to pay <u>punitive damages</u> to the CORPORATE NON-PROFIT, entity of the Pro Se Plaintiff, LANDRY DIXON, **DELF USA,** $1,000,000.00 per year for the next eleven (11) years.

E.

That **WELLS FARGO**, the CORPORATE DEFENDANT, be made to pay punitive damages to the Corporate NON-Profit of the Pro Se Plaintiff, **DELF USA**, in the US Monetary amount of **$188,100,000.00** per year for **eleven** (11) years.

**RESPECTFULLY SUBMITTED,** this 21st day of June, 2021

NEW ORLEANS, LOUISIANA

_____
LANDRY DIXON, Pro Se Plaintiff, representing self
P O Box 770260
New Orleans, LA 70177-0260
504/309-3632
doc@usabible.org

**CERTIFICATION OF SERVICE**

I, LANDRY DIXON, do hereby certify that on this day and date, Monday, 06/21/2021, a true and accurate photocopy of this Civil/Criminal COMPLAINT has been forwarded to CORPORATE DEFENDANT and Named DEFENDANTS at the below listed address by placing same into a sealed USPS envelop with ample postage:

**WELLS FARGO, WF,** the bank
420 Montgomery Street, 7th Floor
San Francisco, CA 94104

**Mr. CHARLES W. SCHARF, WF** President and CEO
420 Montgomery Street, 7th Floor
San Francisco, CA 94104

**MS. ELIZABETH A. DUKE, WF,** (former) Chair Woman
420 Montgomery Street, 7th Floor
San Francisco, CA 94104

## **WF** BOARD OF DIRECTORS

THEODORE F. CRAVER, JR
420 Montgomery Street, 7th Floor
San Francisco, CA 94104

WAYNE M. HEWETT
420 Montgomery St, 7th Flr
San Francisco, CA 94104

MARY T. MACK
420 Montgomery Street, 7th Floor
San Francisco, CA 94104

SUZANNE M. VAUTRINOT
420 Montgomery St, 7th Flr
San Francisco, CA 94104

JOHNATHAN G. WEISS
420 Montgomery Street, 7th Floor
San Francisco, CA 94104

CHARLES H. NOSKI
420 Montgomery St, 7th Flr
San Francisco, CA 94104

SAUL VAN BEURDEN
420 Montgomery Street, 7th Floor
San Francisco, CA 94104

ELLEN R. PATTERSON
420 Montgomery St, 7th Flr
San Francisco, CA 94104

SCOTT E. POWELL
420 Montgomery Street, 7th Floor
San Francisco, CA 94104

_[signature]_

DIXON v. WELLS FARGO BANK, Et Al

_[signature]_
LANDRY DIXON/PRO SE Plaintiff

DELF USA
Bible Research Center
P.O. Box 770260
New Orleans, LA 70177-0260
www.pathway2paradise.org

New Orleans 701 L3
WED 23 JUN 2021 PM

Clerk of Court
United States District Co
Eastern District of Louisian
500 Poydras St
New Orleans, LA 70130