UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**LANDRY DIXON**                                        CIVIL ACTION

**VERSUS**                                              NO. 21-1268

**WELLS FARGO BANK, et al**                             SECTION: T(4)

## ORDER

On December 9, 2021, the Defendants, Wells Fargo Bank ("Wells Fargo") and various officers and members of its board of directors, namely Charles W. Scharf, Theodore F. Craver, Jr., Wayne M. Hewett, Mary T. Mack, Suzanne M. Vautrinot, Johnathan G. Weiss, Charles H. Noski, Saul Van Beurden, Ellen R. Patterson, Scott E. Powell, and Elizabeth A. Duke, filed a motion to dismiss under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). (R. Doc. 13 at 3). Specifically, the Defendants assert the Plaintiff, Landry Dixon, has failed to plead a claim and has not properly served the individual defendants. *Id.* Mr. Dixon's response was due December 28, 2021. *See* United States District Court for the Eastern District of Louisiana, Local Civil Rule 7.5. Although *pro se* filings are construed liberally, *pro se* parties are still required to "abide by the rules that govern the federal courts." *EEOC v. Simbaki, Ltd.*, 767 F.3d 475, 484 (5th Cir. 2014). Mr. Dixon did not file a response to the Defendants' motion. Accordingly, because the motion is unopposed and appears meritorious,[1]

**IT IS ORDERED** that Defendants' motion to dismiss is **GRANTED**, and the complaint is **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 31st day of May, 2022.

Hon. Greg Gerard Guidry
United States District Judge

---

[1] Mr. Dixon's complaint is vague and does not comply with Federal Rule of Civil Procedure 8(a) which requires a short, plain statement of the claim showing that the plaintiff is entitled to relief, or Rule 9(b) which requires fraud to be pled with particularity.