UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**LANDRY DIXON**     CIV. NO. 21-1268

**VERSUS**     SECTION: T(4)

**WELLS FARGO BANK et al**

## JUDGMENT

On May 31, 2022, the Court issued an Order granting a *Motion to Dismiss* in favor of the Defendants. Accordingly,

**IT IS ORDERED** that judgment shall be entered in favor of the Defendants, Wells Fargo Bank and the individual defendants, and against Plaintiff, Landry Dixon.

New Orleans, Louisiana, this 31st day of May, 2022.

_____
Hon. Greg Gerard Guidry
United States District Judge